# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2832
_____

GARY SCOTT SELWAY,

Petitioner,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW, and FLORIDA
DEPARTMENT OF CORRECTIONS,

Respondents.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

August 23, 2024

PER CURIAM.

The Court denies the petition for writ of certiorari.

ROWE, KELSEY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Gary Scott Selway, pro se, Petitioner.

Rana Wallace, General Counsel, and Alex Christiano, Assistant General Counsel, Tallahassee, for Respondent Florida Commission on Offender Review; No appearance for Respondent Florida Department of Corrections.